**Slip Op. 08-120**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**Before: Nicholas Tsoucalas, Senior Judge**

_____

|  |  |  |
|---|---|---|
| LAIZHOU AUTO BRAKE EQUIPMENT COMPANY, | : | |
| LONGKOU HAIMENG MACHINERY CO., LTD., | : | |
| LAIZHOU LUQI MACHINERY CO., LTD., | : | |
| LAIZHOU HONGDA AUTO REPLACEMENT | : | |
| PARTS CO., LTD., | : | |
| HONGFA MACHINERY (DALIAN) CO., and | : | |
| QINGDAO GREN (GROUP) CO., | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Court No.: 06-00430 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| COALITION FOR THE PRESERVATION OF | : | |
| AMERICAN BRAKE DRUM AND ROTOR | : | |
| AFTERMARKET MANUFACTURERS | : | |
| | : | |
| Defendant-Intervenor. | : | |

_____

November 5, 2008

**JUDGMENT**

Upon consideration of the Department of Commerce's <u>Final Results of Redetermination Pursuant to Court Remand</u> ("<u>Final Results</u>"), filed with the Court on September 24, 2008, the Court finds that those results comply with the Court's remand order in

Laizhou Auto Brake Equipment Co. v. United States, Slip Op. 08-71, 2008 Ct. Int'l Trade LEXIS 68 (CIT June 26, 2008). In accordance with the Court's instructions Commerce further explained and ultimately recalibrated its valuation of industrial metal scrap used by Plaintiffs in the production of subject brake rotors. Responding to the Court's concerns, Commerce reassessed the record evidence and determined it appropriate to use Harmonized Tariff Schedule ("HTS") classification 7204.49.00 ("other ferrous scrap") rather than HTS 7204.10.00 ("cast iron scrap").

In so doing, Commerce recalculated Plaintiffs' original dumping margins for the period of review, April 1, 2005 through March 31, 2006, as follows:

| | |
|---|---|
| Laizhou Automobile Brake Equipment Co., Ltd. | 8.90% to 6.20% |
| Longkou Haimeng Machinery Co., Ltd. | 5.29% to 0.01% |
| Laizhou City Luqi Machinery Co., Ltd. | 8.90% to 6.20% |
| Laizhou Hongda Auto Replacement Parts Co., Ltd. | 8.90% to 6.20% |
| Hongfa Machinery (Dalian) Co., Ltd. | 13.59% to 0.01% |
| Qingdao Gren (Group) Co. | 8.90% to 6.20% |

No party has objected to the Final Results. Therefore, it is hereby

**ORDERED** that the Final Results are affirmed; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

**SO ORDERED.**

/s/ Nicholas Tsoucalas
**NICHOLAS TSOUCALAS**
**SENIOR JUDGE**

Dated:    November 5, 2008
          New York, New York

**ERRATA**

Laizhou Auto Brake Equip. Co. v. United States, Court No. 06-00430, Slip Op. 08-120, dated Nov. 5, 2008.

On page 2, Line 11: "April 1, 2005" should read "April 1, 2004"

On page 2, Line 12: "March 31, 2006" should read "March 31, 2005"

**Dated:** February 20, 2009